Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Counsel for Plaintiff and Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## AT SAN DIEGO

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:25-cv-03793-GPC-JLB |
| Plaintiff, | Honorable Judge Gonzalo P. Curiel |
| vs. | Honorable Magistrate Judge Jill L. Burkhardt |
| ECOATM, LLC *d/b/a:* GAZELLE, | |
| Defendant. | |

### <u>JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE</u>

Pursuant to the Court's Standing Order regarding discovery disputes, Plaintiff Donella Harriel and Defendant ecoATM, LLC d/b/a Gazelle (collectively, the "Parties") jointly move for a seven-day extension of the deadline to contact the Court regarding the discovery disputes identified during the parties' meet-and-confer process. In support of this Joint Motion, the Parties state:

1. Plaintiff served discovery on Defendant on April 24, 2026. After securing an extension, Defendant served its Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production on June 25, 2026.

188764579.1

2.     Pursuant to this Court's Civil Chamber Rules, (a) the event giving rise to the discovery dispute is the service of ecoATM's Responses on June 25, 2026; (b) the deadline to meet-and-confer was July 9, 2026; (c) the current deadline to contact the Court regarding any remaining discovery disputes is July 24, 2026; and (d) the Parties anticipate concluding the meet-and-confer process by July 24, 2026, and if still necessary, contact the Court with any remaining discovery disputes by July 31, 2026.

3.     By way of background, Plaintiff commenced the meet and confer process on July 7, 2026, by sending an email outlining the alleged deficiencies and requesting to meet and confer that week. Plaintiff followed up with Defendant on July 9, 2026. On July 10, 2026, Defendant indicated it was available to meet and confer on July 14, July 15, or July 16, 2026. Defendant proposed these dates to accommodate Defendant's counsel's schedule following a medical procedure.

4.     The Parties met and conferred regarding the alleged deficiencies by videoconference on July 15, 2026.

5.     Following the meet-and-confer conference, on July 17, 2026, Plaintiff identified the discovery requests that remained in dispute and requested that Defendant confirm whether the Parties were at an impasse as to those issues by July 20, 2026, so that the Parties would have sufficient time to lodge a Joint Discovery Statement by July 24, 2026.

6.     Defendant needed additional time to consider Plaintiff's position, and indicated it would provide a response by 12:00 pm PT on July 22, 2026. Plaintiff then requested to extend the July 24, 2026 deadline to contact the Court with a discovery dispute by seven (7) days, and Defendant agreed to this extension.

7.     The Parties met and conferred again on July 22, 2026, to discuss a potential compromise and have been exchanging email correspondence regarding same.

188764579.1

8.    The Parties have continued to work cooperatively to resolve their discovery disputes without Court intervention. To allow sufficient time to complete those efforts, the Parties jointly request a seven-day extension of the deadline to lodge a Joint Discovery Statement with the Court.

9.    Accordingly, the Parties respectfully request that the Court extend the deadline for the Parties to conclude the meet-and-confer process and, if necessary, contact the Court regarding any remaining discovery disputes from July 24, 2026, to July 31, 2026.

RESPECTFULLY SUBMITTED this 24th day of July, 2026.

By /s/ Carly M. Roman
Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*
*and the Putative Class*

/s/ Taline Gettas
Taline Gettas, Bar No. 322225
**PERKINS COIE LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (424) 416-5440
TGettas@perkinscoie.com

Nicola C. Menaldo (*pro hac vice*)
Kahin Gabriel Tong (*pro hac vice*)
**PERKINS COIE LLP**
1301 Second Avenue Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8000
NMenaldo@perkinscoie.com
KTong@perkinscoie.com

*Counsel for Defendant*
*ecoATM, LLC* d/b/a *Gazelle*

188764579.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## AT SAN DIEGO

DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

vs.

ECOATM, LLC *d/b/a:* GAZELLE,

Defendant.

Case No. 3:25-cv-03793-GPC-JLB

Honorable Judge Gonzalo P. Curiel

Honorable Magistrate Judge Jill L. Burkhardt

## [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE

The Court, having considered the Parties' Joint Motion to Continue Discovery Dispute Deadline, and good cause appearing, hereby orders as follows:

1. The Parties' Joint Motion is granted.

2. The deadline for the Parties to contact the Court regarding any remaining discovery disputes is extended from July 24, 2026, to July 31, 2026.

3. The Parties shall conclude their meet-and-confer efforts no later than July 24, 2026. If any discovery disputes remain unresolved, the Parties shall lodge a Joint Discovery Statement with the Court in accordance with the Court's Civil Chambers Rules no later than July 31, 2026.

IT IS SO ORDERED.

Dated: _____, 2026

_____

Hon. Jill L. Burkhardt
United States Magistrate Judge

188764579.1