DANA J. OLIVER, ESQ. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff and Putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECOATM, LLC d/b/a: GAZELLE,<br><br>Defendant. | Case No. 3:25-cv-03793-GPC-JLB<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Dana J. Oliver, Esq., of Oliver Law Center, Inc., as additional counsel of record for Donella Harriel in the above-captioned matter.

Dated: August 3, 2026          Respectfully submitted,

*/s/ Dana J. Oliver*
Dana J. Oliver (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th St. #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262

*Counsel for Plaintiff and Putative Class*

Case No. 3:25-cv-03793-GPC-JLB

NOTICE OF APPEARANCE