Taline Gettas, Bar No. 322225
taline.gettas@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  +1.310.788.9900
Facsimile:  +1.310.788.3399

Nicola C. Menaldo (*pro hac vice*)
nicola.menaldo@ashurstperkins.com
Kahin Gabriel Tong (*pro hac vice*)
gabriel.tong@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Attorneys for Defendant ecoATM, LLC d/b/a Gazelle

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECOATM, LLC d/b/a Gazelle,<br><br>Defendant. | **Case No. 3:25-cv-03793-GPC-JLB**<br><br>**JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE**<br><br>Hon. Gonzalo P. Curiel, District Judge<br><br>Hon. Jill L. Burkhardt, Magistrate Judge |

JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE

Pursuant to the Court's Civil Chambers Rules regarding discovery disputes, Plaintiff Donella Harriel and Defendant ecoATM, LLC d/b/a Gazelle (collectively, the "Parties") jointly move to extend the current deadline to contact the Court regarding an unresolved discovery dispute identified during the Parties' meet-and-confer process, from August 7, 2026, to August 28, 2026. In support of this Joint Motion, the Parties state as follows:

1.    On June 8, 2026, Defendant served its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff. On July 8, 2026, Plaintiff responded to Defendant's discovery.

2.    Pursuant to § IV.C.3 of this Court's Civil Chamber Rules, (a) the event giving rise to the instant discovery dispute is the service of Plaintiff's response to Defendant's discovery, on July 8, 2026; (b) the deadline to meet and confer was July 22, 2026; (c) the current deadline to contact the Court with the dispute is August 7, 2026; and (d) the Parties anticipate concluding the meet-and-confer process by August 21, 2026, and if still necessary, will contact the Court with any remaining discovery disputes by August 28, 2026.

3.    On July 31, 2026, Defendant sent an email to Plaintiff's counsel outlining the alleged deficiencies of Plaintiff's response to Defendant's discovery, and requesting a meet-and-confer the following week.

4.    On August 3, 2026, Defendant followed up on its request with Plaintiff's counsel. Later that day, Plaintiff's attorney, Dana J. Oliver, filed his notice of appearance. *See* Dkt. 24.

5.    On August 4, 2026, Mr. Oliver responded to Defendant's July 31 email to introduce himself and to request that the Parties postpone the meet-and-confer by several weeks, citing the need for additional time to review the issues raised and other professional commitments, including a trial.

6.    On August 5, 2026, Defendant agreed to accommodate Mr. Oliver's schedule and accordingly requested that the Parties extend the deadline to contact the

JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE

Court from August 7, 2026, to August 28, 2026.

7.    On August 6, 2026, Plaintiff agreed to the instant Joint Motion to continue the discovery dispute deadline from August 7, 2026 to August 28, 2026.

8.    The Parties are committed to work cooperatively to resolve their discovery disputes without Court intervention. To allow sufficient time to meet and confer and to accommodate counsel's schedule, the Parties jointly request a three-week extension of the deadline to lodge a Joint Discovery Statement with the Court.

9.    Accordingly, the Parties respectfully request that the Court extend the deadline for the Parties to complete the meet-and-confer process and, if necessary, contact the Court regarding any remaining discovery disputes from August 7, 2026, to August 28, 2026.

Dated:  August 7, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Taline R. Gettas*
        Taline R. Gettas, Bar No. 322225
        taline.gettas@ashurstperkins.com
        Nicola C. Menaldo (*pro hac vice*)
        nicola.menaldo@ashurstperkins.com
        Kahin Gabriel Tong (*pro hac vice*)
        gabriel.tong@ashurstperkins.com

Attorneys for Defendant ecoATM, LLC
d/b/a Gazelle

Dated:  August 7, 2026

**OLIVER LAW CENTER, INC.**

By: */s/ Dana J. Oliver*
        Dana J. Oliver, Esq. (SBN: 291082)
        dana@danaoliverlaw.com

Attorneys for Plaintiff and the Putative Class

JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINE