Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Counsel for Plaintiff and Putative Class*

Taline R. Gettas (SBN #322225)
**ASHURST PERKINS COIE US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
tgettas@perkinscoie.com

*[Additional Counsel Listed on Page 2]*

*Counsel for Defendant ecoATM, LLC d/b/a Gazelle*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**AT SAN DIEGO**

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ECOATM, LLC *d/b/a:* GAZELLE,<br><br>Defendant. | Case No. 3:25-cv-03793-GPC-JLB<br><br>Honorable Judge Gonzalo P. Curiel<br><br>Honorable Magistrate Judge Jill L. Burkhardt<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Donella Harriel and Defendant ecoATM, LLC d/b/a Gazelle ("the Parties"), by and through their undersigned counsel, hereby notify the Court that on September 8, 2026, the Parties reached an agreement in principle on the material terms of an individual settlement in this matter.

The Parties anticipate that it may take 30-days to execute the details of the settlement agreement. Accordingly, the Parties request a stay of all deadlines and upcoming hearings in this case and anticipate that a request for dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure will be filed within sixty (60) days of the date of this Notice.

Date: September 14, 2026

*/s/ Carly M. Roman*

Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Date: September 14, 2026

*/s/ Taline R. Gettas*

Taline R. Gettas (SBN #322225)
**ASHURST PERKINS COIE US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
tgettas@perkinscoie.com

Nicola C. Menaldo (*pro hac vice*)
Kahin Gabriel Tong (*pro hac vice*)
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
nmenaldo@perkinscoie.com
ktong@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 14, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 14th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*

Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com