# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | **Harriel v. EcoATM, LLC** | Case No.: | **25-cv-03793-GPC-JLB** |
|---|---|---|---|

On September 14, 2026, the parties filed a Notice of Settlement. (ECF No. 30.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **December 2, 2026**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Gonzalo P. Curiel, shall be e-mailed to the chambers of the Honorable Gonzalo P. Curiel.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **December 2, 2026**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **December 4, 2026**, at **2:15 PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use conference identification number 128 241 787#.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **December 2, 2026**, then the Settlement Disposition Conference shall be vacated.

Date: September 15, 2026

Initials: lc2
Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.