Taline Gettas, Bar No. 322225
Taline.Gettas@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Nicola C. Menaldo, Bar No. 44459
Nicola.Menaldo@ashurstperkins.com
Kahin Gabriel Tong, Bar No. 64790
Kahin.Tong@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendant ecoATM, LLC d/b/a Gazelle

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECOATM, LLC d/b/a Gazelle,<br><br>Defendant. | Case No. 3:25-cv-03793-GPC-JLB<br><br>JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff DONELLA HARRIEL ("Plaintiff") and Defendant ECOATM, LLC ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and jointly move that this Court enter an Order (1) dismissing Plaintiff's individual claims with prejudice; (2) dismissing any putative class claims without prejudice, and (3) providing that each party shall bear its own fees, costs, and expenses.

Dated: September 30, 2026

**STRAUSS BORRELLI PLLC**

By: *<u>/s/Carly M. Roman</u>*

Carly M. Roman (SBN #349895)
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Counsel for Plaintiff
and the Putative Class

Dated: September 30, 2026

**ASHURST PERKINS COIE US LLP**

By: *<u>/s/Taline Gettas</u>*

Taline Gettas, Bar No. 322225
Taline.Gettas@ashurstperkins.com
Nicola C. Menaldo, Bar No. 44459
Nicola.Menaldo@ashurstperkins.com
Kahin Gabriel Tong, Bar No. 64790
Kahin.Tong@ashurstperkins.com

Attorneys for Defendant ecoATM, LLC
d/b/a Gazelle

## CERTIFICATION

I, Taline Gettas, certify that the contents of this Joint Motion to Dismiss are acceptable to all persons required to sign the document. I have obtained each counsel's authorization to affix counsel's electronic signature to this document.

Dated: September 30, 2026

*/s/ Taline Gettas*
Taline Getta