UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECOATM, LLC d/b/a Gazelle,<br><br>Defendant. | Case No. 3:25-cv-03793-GPC-JLB<br><br>ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(A)(1)(A)(II) |

The Court, having considered the Parties' Joint Motion to Dismiss, and good cause appearing, hereby orders as follows:

1. The Parties' Joint Motion to Dismiss is **GRANTED**. Plaintiff's individual claims are dismissed with prejudice, and the class claims are dismissed without prejudice. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: September 30, 2026

Hon. Gonzalo P. Curiel
United States District Judge